# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKEY WILLIAMS,<br><br>                Petitioner,<br><br>     v.<br><br>TERRI GONZALEZ, Warden,<br><br>                Respondent. | Case No. CV 13-0143-DDP (JEM)<br><br>**JUDGMENT** |

      In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

      **IT IS HEREBY ADJUDGED** that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: April 3, 2013

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE